IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARTELL FLIPPINS, #M54010, | |
| **Plaintiff,** | |
| v. | Case No. 19-cv-00517-NJR |
| KEVIN KINK, WEXFORD HEALTH SOURCES, INC., DR. VIPIN SHAH, FAIYAZ AHMED, DR. STEPHEN RITZ, SARA STOVER, LORIE CUNNINGHAM, JOHN BALDWIN, SHERRY BENTON, and ROB JEFFREYS, | |
| **Defendants.** | |

## NOTICE OF IMPENDING DISMISSAL

**ROSENSTENGEL, Chief Judge:**

On October 11, 2019, Defendants Baldwin, Jeffreys, Cunningham, Benton, and Kink filed a motion for summary judgment arguing that Plaintiff Martell Flippins failed to exhaust his administrative remedies prior to filing suit, as required by the Prison Litigation Reform Act. (Doc. 82). The motion was accompanied by a notice to Flippins that explained the consequences for failing to respond to a motion for summary judgment. (Doc. 83). Flippins did not respond to the motion.

On June 11, 2020, the Court entered an order directing Flippins to show cause why his failure to respond should not be deemed an admission to the merits of the motion and

Page 1 of 2

his claims against these defendants dismissed. (Doc. 93). Flippins had until July 10, 2020, to file a response. The deadline has passed, and Flippins has not responded to Defendants' motion or the Court's Order. In fact, the Court has received no communication from Flippins since February 7, 2020. (Doc. 89).

Therefore, the Court **ORDERS** Flippins to **SHOW CAUSE** by **August 5, 2020,** in writing, as to why the Court should not consider his failure to respond to Defendants' motion for summary judgment and the Court's previous Show Cause Order (Doc. 93) as an abandonment of this lawsuit. **Failure to comply with this Order will result in dismissal of this action for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

**DATED:   July 21, 2020**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**